**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE J.M. SMUCKER COMPANY, | ) | Case No. 5:23-cv-607 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **THE J.M. SMUCKER COMPANY'S** |
| v. | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT** |
| ACE AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any nongovernmental corporate party or any nongovernmental corporation that seeks to intervene in a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Plaintiff, The J.M. Smucker Company** ("Smucker").

1.     **Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?**

_____ Yes        __X___ No.

**If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:**

2.     **Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?**

_____ Yes        __X___ No.

-1-

3.      **Identify the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor on whose behalf this Corporate Disclosure Statement is being filed:**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Smucker states that it is a corporation organized and existing under the laws of the State of Ohio, with its corporate headquarters and principal place of business located in Orrville, Ohio.  Accordingly, for purposes of this diversity action, Smucker is deemed to be a citizen of Ohio, and no other individuals' or entities' citizenship is attributed to Smucker.

Dated: March 21, 2023                    Respectfully Submitted,

/s/ *Matthew A. Chiricosta*
K. James Sullivan (0074211)
Matthew Chiricosta (0089044)
Fritz E. Berckmueller (0081530)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
KJSullivan@Calfee.com
MChiricosta@Calfee.com
FBerckmueller@Calfee.com

Jonathan Cohen (*pro hac vice* anticipated)
Brian Koosed (*pro hac vice* anticipated)
**K&L GATES LLP**
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
Jonathan.Cohen@klgates.com
Brian.Koosed@klgates.com

*Attorneys for The J.M. Smucker Company*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing, *The J.M. Smucker Company's Corporate Disclosure Statement*, has been filed electronically on March 21, 2023 with the United States District Court for the Northern District of Ohio.  Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system and all parties may access this filing through that system.

  /s/ *Matthew A. Chiricosta*
One of the Attorneys for Smucker

-3-