UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE J.M. SMUCKER COMPANY, | ) | CASE NO. 5:23-cv-00607 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | **ACE'S CORPORATE** |
| ACE AMERICAN INSURANCE COMPANY, | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |

ACE American Insurance Company ("ACE") discloses the following information pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.13(b):

1. ACE is a wholly owned subsidiary of INA Holdings Corporation, which is a wholly owned subsidiary of INA Financial Corporation. INA Financial Corporation is a wholly owned subsidiary of INA Corporation, which is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited is publicly traded on the New York Stock Exchange (symbol CB). Chubb Limited is the only publicly traded company holding more than a 10% ownership interest in ACE American Insurance Company.

2. ACE is incorporated in Pennsylvania and has its principal place of business in Pennsylvania.

Dated: May 22, 2023.                    Respectfully submitted,

   *s/ Christopher Ryan*
Christopher Ryan
**McCormick Barstow LLP**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, OH 45202
(513) 762-7520
Christopher.Ryan@mccormickbarstow.com


Christopher A. Wadley (*pro hac vice* pending)
Kevin D. Kojs (*pro hac vice* pending)
**Walker Wilcox Matousek LLP**
One North Franklin Street, Suite 3200
Chicago, IL 60606
T: (312) 244-6700
F: (312) 244-6800
cwadley@walkerwilcox.com
kkojs@walkerwilcox.com

*Attorneys for Defendant Ace American Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2023, a copy of foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            *s/ Christopher Ryan*
                                            Attorney for ACE American Insurance Company