**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **J.M. Smucker Company,** | ) | |
| | ) | |
| | ) | CASE NO. 5:23CV607 |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **ACE American Insurance Company,** | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

Consistent with the Court's oral order during the CMC in this matter, the parties shall be permitted to file cross motions for partial summary judgment. Plaintiff shall file its motion by no later than August 4, 2023. Defendant shall oppose and file its cross motion by no later than September 15, 2023. Plaintiff shall file it reply and opposition to Defendant's motion by no later than October 6, 2023. Defendant shall file its reply in support of its motion by no later than October 27, 2023.

**IT IS SO ORDERED.**

**Date: July 27, 2023**                                   /s/John R. Adams
                                                                         John R. Adams
                                                                         U.S. District Judge