**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **J.M. Smucker Company,** | )<br>)<br>) CASE NO. 5:23CV607<br>)<br>) |
| **Plaintiff(s),** | ) **JUDGE JOHN R. ADAMS**<br>) |
| **vs.** | )<br>)<br>) |
| **ACE American Insurance Company,** | ) **ORDER**<br>)<br>) |
| **Defendant(s).** | ) |

Pending before the Court is Defendant's motion to clarify (Doc. 26) the Court's order on the parties' cross-motions for partial summary judgment. The motion is GRANTED.

The Court hereby clarifies that it intended to find that Smucker must satisfy a single retained limit *per policy*. Moreover, the Court clarifies that its order was solely designed to interpret the policies at issue, not command any immediate performance. The Court did not intend to order any form of injunctive relief.

IT IS SO ORDERED.

**Date: May 16, 2024**              */s/John R. Adams*
                                    **John R. Adams**
                                    **U.S. District Judge**